IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOUTH MIDDLETON TOWNSHIP,** | **Civil No. 1:17-cv-0269** |
| **Plaintiff,** | |
| v. | |
| **AMERIFREIGHT SYSTEMS LLC** and **MOHAMED WARSAME,** | |
| **Defendants.** | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion for partial summary judgment to preclude attorney's fees (Doc. 16) is **GRANTED**, Defendants' motion for partial summary judgment as to Plaintiff's expert fees (Doc. 17) is deemed **MOOT**, and Plaintiff's motion for sanctions (Doc. 28) is **DENIED WITHOUT PREJUDICE**.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: September 4, 2018